# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2169
Lower Tribunal No. 2020-CA-003240

_____

SWISS VILLAGE, INC., et al.,

Appellant,

v.

LAWRENCE W. MAXWELL, JAMES BRIAN ALTMAN, RUSS LATTIN, CENTURY REALTY FUNDS, INC., CHC, III, LTD., MOBILE HOME LIFESTYLES, INC., A & M BUSINESS PROPERTIES, INC., and LUTZ, BOBO & TELFAIR, P.A., d/b/a LUTZ, BOBO TELFAIR EASTMAN & BOBO, f/k/a LUTZ, WEBB & BOBO, P.A.,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
Jennifer A. Swenson, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Daniel W. Perry, Orlando, for Appellant.

J. Allen Bobo, and Daniel Guarnieri, of Lutz, Bobo & Telfair, P.A., Sarasota, and Mahlon H. Barlow, of Sivyer Barlow Watson & Haughey, P.A., Tampa, for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED